**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

OTONIEL GALINDO VASQUEZ-LOPEZ, a.k.a. Becerro, a.k.a. Yusniel Lopez-Vasquez, a.k.a. Galvino Vasquez-Lopez,

       Defendant - Appellant.

No. 15-10176

D.C. No. 2:13-cr-01513-GMS

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

    Otoniel Galindo Vasquez-Lopez appeals from the district court's judgment

and challenges his guilty-plea convictions and 174-month sentence for conspiracy

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), (h), and concurrent 120-month sentence for conspiracy to transport and harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (iii), (v)(I).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Vasquez-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Vasquez-Lopez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Vasquez-Lopez waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**